1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HANNA Q. RHEE, MD,                    No.  2:23-cv-0438 KJM DB PS

12              Plaintiff,

13        v.                               ORDER AND

14   MEDICAL BOARD OF CALIFORNIA, et       FINDINGS AND RECOMMENDATIONS
     al.,

15

16              Defendants,

17

18        Plaintiff Hanna Q. Rhee is proceeding in this action pro se.  This matter was referred to

19   the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On May

20   16, 2023, defendant American Board of Psychiatry & Neurology, Inc., filed a motion to dismiss

21   and noticed the motion for hearing before the undersigned on June 23, 2023, pursuant to Local

22   Rule 302(c)(21).  (ECF No. 17.)  Pursuant to Local Rule 230(c) plaintiff was to file an opposition

23   or a statement of non-opposition to defendant's motions not less "than fourteen (14) days after the

24   motion was filed."  Plaintiff, however, failed to file a timely opposition or statement of non-

25   opposition to the motion.

26        Accordingly, on June 20, 2023, the undersigned issued an order to show cause, ordering

27   plaintiff to show cause in writing within fourteen days as to why this action should not be

28   dismissed for lack of prosecution.  (ECF No. 33.)  Plaintiff was also provided until July 14, 2023

1

1  to file an opposition or statement of non-opposition to defendant's motion to dismiss.  (Id. at 2.)

2  Plaintiff was warned that the failure to timely comply with that order could result in a

3  recommendation that this case be dismissed.  (Id. at 3.)  Nonetheless, the time provided plaintiff

4  has expired and plaintiff has not responded to the June 20, 2023 order.

5  ANALYSIS

6    The factors to be weighed in determining whether to dismiss a case for lack of prosecution

7  are as follows: (1) the public interest in expeditious resolution of litigation; (2) the court's need to

8  manage its docket; (3) the risk of prejudice to the defendant; (4) the public policy favoring

9  disposition on the merits; and (5) the availability of less drastic sanctions.  Hernandez v. City of

10  El Monte, 138 F.3d 393, 398 (9th Cir. 1998); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir.

11  1992); Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).  Dismissal is a harsh penalty that

12  should be imposed only in extreme circumstances.  Hernandez, 138 F.3d at 398; Ferdik, 963 F.2d

13  at 1260.

14    Failure of a party to comply with the any order of the court "may be grounds for

15  imposition by the Court of any and all sanctions authorized by statute or Rule or within the

16  inherent power of the Court."  Local Rule 110.  Any individual representing himself or herself

17  without an attorney is nonetheless bound by the Federal Rules of Civil Procedure, the Local

18  Rules, and all applicable law.  Local Rule 183(a).  A party's failure to comply with applicable

19  rules and law may be grounds for dismissal or any other sanction appropriate under the Local

20  Rules.  Id.

21    Here, plaintiff has failed to respond to an order of this court and failed to oppose

22  defendant's motion to dismiss.  Plaintiff was warned that the failure to file a written response

23  could result in a recommendation that this matter be dismissed.  In this regard, plaintiff's lack of

24  prosecution of this case renders the imposition of monetary sanctions futile.  Moreover, the public

25  interest in expeditious resolution of litigation, the court's need to manage its docket, and the risk

26  of prejudice to the defendant all support the imposition of the sanction of dismissal.  Only the

27  public policy favoring disposition on the merits counsels against dismissal.  However, plaintiff's

28  failure to prosecute the action in any way makes disposition on the merits an impossibility.  The

2

undersigned will therefore recommend that this action be dismissed due to plaintiff's failure to prosecute as well as plaintiff's failure to comply with the Court's orders.  See Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that[1]:

1.  Plaintiff's March 20, 2023 motion to expedite (ECF No. 8) is denied without prejudice as having been rendered moot;

2.  Plaintiff's May 1, 2023 motion to dismiss (ECF No. 13) is denied without prejudice as having been rendered moot;

3.  Defendant's May 12, 2023 motion to dismiss (ECF No. 14) is denied without prejudice as having been rendered moot; and

4.  Defendant's May 16, 2023 motion to dismiss (ECF No. 17) is denied without prejudice as having been rendered moot.

Also, IT IS HEREBY RECOMMENDED that:

1.  Plaintiff's complaint filed March 9, 2023 (ECF No. 1) be dismissed without prejudice; and

2.  This action be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are

////

////

////

////

_____

[1] In the event these findings and recommendations are not adopted the parties may re-notice their motions for hearing before the undersigned.

1   advised that failure to file objections within the specified time may waive the right to appeal the

2   District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3   Dated:  July 25, 2023

4

5

6                                                          DEBORAH BARNES
                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
    DLB:6
25  DB/orders/orders.pro se/rubino0122.dlop.f&rs

26

27

28

                                                    4