UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA Q. RHEE, MD, | No. 2:23-cv-00438 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| MEDICAL BOARD OF CALIFORNIA, et al., | |
| Defendants, | |

    Plaintiff is proceeding pro se in the above-entitled action.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

    On July 25, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The court also notes plaintiff has not responded to the findings and recommendations and plaintiff's last action in this case was the motion to dismiss, ECF No. 13, filed on May 1, 2023, which further supports dismissal for failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 25, 2023 (ECF No. 22) are adopted in full;

2. Plaintiff's complaint filed March 9, 2023 (ECF No. 1) is dismissed without prejudice; and

3. This action is closed.

DATED:  December 28, 2023.

CHIEF UNITED STATES DISTRICT JUDGE