## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

HANNA Q. RHEE,

v.

MEDICAL BOARD OF CALIFORNIA, ET AL.,

JUDGMENT IN A CIVIL CASE

CASE NO: **2:23−CV−00438−KJM−DB**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/28/23**


                                                    **Keith Holland**
                                                    Clerk of Court

ENTERED: **December 28, 2023**

                              by: /s/ A. Benson
                                        Deputy Clerk